# Weekly Report of
# NEW CASES DOCKETED

# PROCEEDINGS OF
# SUPREME COURT

## NEW CASES DOCKETED

Boesel v. Cleveland (City) .................... 20225
Brady v. Russell et ........................... 20221
Breisach v. Breisach ......................... 20222
Ferne v. Emler ............................... 20217
Grant-Holub Co. v. Goodman et ............. 20223
Harmon v. State ............................. 20226
Nat. Life & Acc. Ins. Co. v. Ray............. 20218
Patton Motor Truck. Co. v. Knapp ........... 20220
Sethman et v. O'Neil et ..................... 20224
State v. Dillon .............................. 20219
State v. Carr ............................... 20216

### DEC. 16, 1926

20216—State of Ohio v. Walter Carr; error to the Butler Appeals; motion for leave to file petition in error to Butler Appeals. P. P. Boli, Prosecuting Attorney, Hamilton, C. W. Elliott, Middletown, Ratliff & Raymond, Cincinnati, for pltf; Bickley & Bickley and Warren Gard, Hamilton, for deft.

### DEC. 17, 1926

20217—Mack Ferne v. William E. P. Emler; motion for the Hamilton Appeals to certify. Samuel Rotter, Cincinnati, for pltf; Amos P. Foster, Cincinnati, for deft.

### DEC. 19, 1926

20218—National Life & Accident Insurance Co. v. Lillie Ray; motion for Lucas Appeals to certify. Tracy, Chapman & Welles, Toledo, for pltf; Warren L. Smith, Toledo, for deft.

### DEC. 20, 1926

20220—Patton Motor Trucking Co. v. Samuel H. Knapp motion for an order directing Ashland Appeals to certify. Waters, Andress, Southworth, Wise & Maxon, Akron, for pltf; Samuel H. Knapp, Mansfield, for deft.

20221—J. W. Brady v. N. Russell et al; motion for Summit Appeals to certify. Schwab & Heiser, Akron, for pltf; Mottinger & Evans, Akron, for deft.

### DEC. 21, 1926

20219—State of Ohio v. Vincent Dillon, alias Vincent Dulinsky, alias H. H. Myers; motion to file petition in error to Franklin Appeals. John R. King, R. E. Hughes, Paul C. Hicks, Columbus, for pltf; Edward J. Greeley, Columbus, and R. J. Logan, Cleveland, for deft.

20222—Louis A. Breisach v. Leah Breisach; error to Lucas Appeals; motion for Lucas Appeals to certify. John P. Manton and Paul Ragan, Toledo, for pltf; Dewitt Fisher, Toledo, for deft.

20223—Grant-Holub Co. v. H. Goodman et, d.b.a. H. Goodman & Son; motion for Stark Appeals to certify. Seiber, Seiber & Amer, Akron, and H. B. Webber, Canton, for pltf; Turner, Ake & Abt and Harvey A. Ake, Canton, for defts.

20224—Clarence H. Sethman et v. Michael O'Neal, American Bank of Port Clinton, et al; error to the Ottawa Appeals. Bayley, Lawrence & Black, Cleveland, for pltf; True, Crawford & True, Port Clinton, and Gates, Chenowith & Blair, Cleveland, for defts.

20225—A. G. Boesel v. City of Cleveland; motion for Cuyahoga Appeals to certify. Nicola & Horn, Cleveland, for pltf.

20226—Clyde Harmon v. State of Ohio; motion for Ashland Appeals to certify. Brucker & Farber, Mansfield, for pltf; H. E. Culbertson, Ashland, for deft.

## GENERAL DOCKET

Gardner et v. Kern ........................... 19834
Geller v. Geller ............................. 19689
Indust. Comm. v. Warren .................... 19718
Matzinger v. Harvard Lumb. Co.............. 20041
New Amsterdam Cas. Co. v. Nadler et ....... 19766
State ex Crabbe v. Cleveland (City) ......... 19815
State ex Janson v. Eschliman .............. 20089
State ex Turner v. Bremen (Vil.) ........... 20093
State ex Galloway v. Indust. Comm. ........ 20018
State ex Pub. Util. Com. v. N. Y. Cent. R. R.... 19692

## MOTION DOCKET

Allen v. Xenia (City) ........................ 20016
Burke et v. Link et .......................... 20020
Campbell v. Indust. Com. .................... 20136
Clemmer-Johnson Co. v. Moss Iron Works Co..... 19944
Cleveland (City) v. Hass et ................. 19969
Dayton Rubber Mfg. Co. v. Brown ........... 20043
Decker, Admr. v. Beckwith et ............... 20096
DeRan et v. Schmidt ........................ 20103
Eaton, W. A. v. Beckwith et ................ 20097
Eaton, L. M. v. Beckwith et ................ 20098
Fostoria (City) v. Elder et ................ 20074
Haas v. Cleveland Ry. Co. ................... 19963
Hankins v. Ende et .......................... 19981
Hendrix v. State ............................ 20095
Hickman v. Xenia (City) ..................... 20014
Indemnity Ins. Co. v. Garf. Hts. (Vil.).......... 19975
Knight v. Hall .............................. 20032
Knoll v. Seifert ............................ 20021
Leach v. Xenia (City) ....................... 19971
Lehman v. Nat. Quarries Co. ................ 20138
Long, Aud. y. State ex Hamilton (City).......... 20212
Maryland Casualty Co. v. McDiarmid ......... 20035
McBride v. Murphy et ....................... 20102
Midwest Color Offset Co. v. Thermal Elect. Co... 20049
Moore, Admr. v. Blauser, Admr.............. 20172
Northern O. L. & P. Co. v. Penn. Rd. Co....... 20050
Oakwood Realty Co. v. Nolte et ............. 20061
Oakwood Realty Co. v. Symmes et ........... 20062
Oakwood Realty Co. v. Wildermuth .......... 20063
Overstreet v. Xenia (City) .................. 20015
Park Comm'rs of Cleve. v. Wyman et.......... 20029
Penfield v. Reichlin-Reidy-Scanlon Co....19949 and 20038
Penn. R. R. Co. v. Deal ..................... 20131
Pierce, R. C. v. Beckwith et ................ 20099
Pierce, Frances v. Beckwith et ............. 20100
Roath v. A. O. Wood Motor Co............... 20051
Scher-Hirst Co. v. Joint Bd. of Amalg. Cloth...... 20114
State ex Turner v. Bremen (Vil.) ........... 20093
State ex Janson v. Eschliman ............... 20089
State ex Stivers v. Dawley et............... 20089
State ex Galloway v. Indust. Com............. 20018
Tried Stone Baptist. v. Obed Zedek Cong........ 20112
Wells et v. Canovan et ...................... 20025

### PROCEEDINGS
### OHIO SUPREME COURT
### TUESDAY, DEC. 21, 1926
### GENERAL DOCKET

19689—Myrtle G. Geller v. Blanche L. Geller; error to Lucas Appeals. Judg. reversed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-15-26, 4 Abs. 192; OS. Pend. 4 Abs. 287.

19692—State of Ohio, ex Public Utilities Comm v. New York Central R. R. Co. In Mandamus. Writ denied. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 3-17-26, 4 Abs. 208.

19718—Industrial Commission v. John Warren; error